Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Marc Piérre Hall

11691.058

*Your full name*

v.

**FEDERAL TORTS CLAIM ACT**
**COMPLAINT / Affidavit**
Fully Incorporated

Civil Action No.: 5:20.cv-92 Bailey Mazzon

*(To be assigned by the Clerk of Court)* Blalock

FILED

MAY 7 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA

## I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Your full name: Marc Piérre Hall    Inmate No.: 11691·058
Address: POB 2000 USP Hazelton, WV- Bruceton Mills, WV. 26525

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: USP Hazelton

A.    Is this where the events concerning your complaint took place?
☑ Yes      ☐ No

---

*United States District Court*          7          *Northern District of West Virginia-2013*

5

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.    PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☑ Yes    ☐ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): Marc Pierre Hall
Defendant(s): Director Herwitz, et. al.

_____

2.    Court: U.S District Court Northern District of WV.
      *(If federal court, name the district; if state court, name the county)*

3.    Case Number: 5: 20cv59

4.    Basic Claim Made/Issues Raised: Medical claims, denial of standard of care.

_____

_____

5.    Name of Judge(s) to whom case was assigned: Magistrate Judge Mazzone; US District Judge Bailey

6.    Disposition: Pending
      *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing lawsuit: 3/24/20

*Attachment A*

8.  Approximate date of disposition. Attach copies: _____

C.  Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes  ☐ No

D.  If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _FTCA Tort administrative remedies exhausted._ _See attached._

E.  Did you exhaust **ALL** available administrative remedies?
☑ Yes  ☐ No

F.  If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _Filed form 95 to the Regional Counsel's office - all denied attached. Certificate of Merits Served on US Attorney's office; attached._

G.  If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS" _Yes ③ previous dismissals - unknown. Please see pacer._

1.  Parties to previous lawsuit:

Plaintiff(s): _Hall, Marc_

Defendant(s): _unknown, please see Pacer_

**Attachment A**

2.    Name and location of court and case number: unKnown. please see pacer.

3.    Grounds for dismissal:   ☑ frivolous ?    ☐ malicious
☑ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: unKnown. please see pacer.

5.    Approximate date of disposition: unKnown. please see pacer.

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
☑ Yes        ☐ No

B.    If your answer is "YES," answer the questions below:

1.    Identify the type of written claim you filed: (SF-95) forms.

2.    Date your claim was filed: 10/11/19; 3/29/19; 4/10/19; 7/15/19; 1/30/20

3.    Amount of monetary damages you requested in your claim: $30 million; $30 million; $40 million; $10 million

4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the: 9/17/19; 9/4/19; 3/24/20; 12/5/19;

I.    Date of the written acknowledgment: 9/11/19; 11/13/19;

TRT-mxR-2019-06637; ii.    Claim Number assigned to your claim: TRT-mxR-2019-06840; TRT-mxR-2019-06403; TRT-mxR-2020-01062 TRT-mxR-2020-03556; TRT-mxR-2020-01642; Attached.

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?   ☐ Yes      ☑ No

*8*

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

        _____

        _____

        _____

    2.    Identify the type of written claim(s) you filed: _____

        _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

        _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☑ Yes          ☐ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _12/30/19 attached_.

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _3/24/20 attached_.

---

Attachment A

## VI.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.**  *Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**



CLAIM 1: Denial of standard of Care Due to unreasonable ¿ excessive delay of adequate medical Care by employees of the United States causing worsen physical injuries, and imminent danger of serious Physical Injury.

Supporting Facts: Between 5/17/18 to present Hall has been deprived the proper standard of care at USP Hazelton, W.V. Medical dept. through unreasonable ¿ excessive delay of access to outside services for pulmonary· orthopedic· neurology· rheumatology and physiatry causing worsen conditions and threat of serious physical injury in negligence, negligent supervision, negligence per se under duty of Care owed; abuse of process. (see attached).

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Dir. Mark Inch· Dir. Herwitz; Warden Coakley· Warden F. Entzel; AW Keys; Dir. Dunlap· Capt. Howell; Capt. Phipps; Dr. G. Mimms· FPN J. Ryles· PA. Meyers· HSA Friend· AHSA McCardle (sic)· HIT clerk Shaw· Legal Counsel Mellady· Warden B. Antonelli· AW. Sweeney· AW. McCaffrey· Dr. Dankwa; Dir. O.J. Harmon; Capt. Happmeyer· Capt. Perez; RN Osborn· under the BOP Agency.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," please explain: Authorized under duty of Care 18 USC 4042.(a)(2)· 4001(b)(2) (as breached).

CLAIM 2: Denial of standard of care Due to unreasonable ¿ excessive delay of adequate medical Care by employees of the United States Causing worsen physical injuries, and imminent danger of serious physical injury.

Supporting Facts: Between 5/24/18 to present Hall has been deprived the proper standard of care at USP Hazelton, W.V. medical dept. through unreasonable & excessive delay of transfer for lumbar surgery & physical therapy causing worsening conditions and threat of serious physical injury in negligence. negligent supervision. negligence per se; abuse of process; misrepresentations; discrimination and duty of care owed breached. see attached.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Dir. Mark Inch; Dir. Herwitz; Dir. Dunlap. Dir. Harmon. legal Counsel Mellady. COMD Yvette Phillips. Warden Coakley; Warden F. Entzel. Warden B. Antonelli. HSA Friend. ASHA McCardle (s.c). AW Keys; AW Sweaney. Dr. V. Dankwa. Dr. G. Mimms. FPN J. Ryles. PA. Meyers under the BOP Agency;

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," please explain: Authorized under duty of care 18 USC 4042(a)(2). 4001(b)(2). (as breached).

CLAIM 3: Denial of standard of care Due to unreasonable & excessive delay of adequate medical care by employees of the United States causing worsen physical injuries and imminent danger of serious physical injury.

Supporting Facts: Between 4/3/18 to present Hall has been deprived the proper standard of care by the BOP Agency employees through unreasonable & excessive delay of transfer to a medical referral center pursuant 5100.08 policy and directives that require inmates with history of intubation be placed in (NRC's), causing worsening conditions of the lungs and threat of serious physical injury in negligence; negligence per se; negligent supervision and breach of duty owed, for chronic asthma/copd and reduced lung capacity and lung damage. (see attached)

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: Dir. Mark Inch; Dir. Herwitz; Dir. Harmon. Dir. Dunlap. COMD Yvette Phillips. legal counsel Mellady; Warden Coakley; Warden F. Entzel. Warden B. Antonelli. Dr. G. Mimms. FPN J. Ryles. Dr. V. Dankwa; under the BOP Agency.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No

11

Attachment A

If your answer is "YES," please explain: Authorized under duty of care 18 USC 4042(a)(2), 4001(b)(2), (as breached).

CLAIM 4: Denial of standard of care due to unreasonable & excessive delay of adequate medical care by employees of the United States causing continued worsening physical injuries and imminent danger of serious physical injury.

Supporting Facts: On 7/8/19 Hall was denied the proper standard of care at USP Hazelton, WV. medical dept. through continual unreasonable & excessive delay of adequate medical care by being erroneously instructed by PHSE Sarah Senko to use a medical device wrong for transport to medical. When Hall refused to follow the erroneous order, Senko denied medical appointment for chronic care and met with hospital staff who falsified medical records that caused worsen physical injuries and imminent danger of serious injury in negligence; negligent supervision and breach of duty. (see attached) Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: PHSE Sarah Senko; Dr. G. Nimms; HSA Friend; AHSA McCardle (sic). under the BOP Agency.

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☑ Yes     ☐ No

If your answer is "YES," please explain: Authorized under duty of care 18 USC 4042(a)(2), 4001(b)(2), (as breached).

CLAIM 5: _____

Supporting Facts: _____

12

**Attachment A**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?        ☐ Yes        ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. worsening conditions & physical injuries of: 1). partial compressed nerve lumbar & chronic pain; 2). spinal edema & chronic pain; 3). Lumbar spondylosis & stenosis chronic pain; 4). spinal stenosis & chronic pain; 5). persistent weakness & numbness in hands, legs & feet & chronic pain; 6). All Joint chronic pain; 7). Right knee ligament damage & chronic pain; 8). migraines; 9). balance & mobility including painful falls; 10). hip and low back muscles deterioration & chronic pain; 11). 7mm nodule possible cancer; 12). Lung damage and depletion of capacity; 13). gait & chronic pain; 14). SOB; 15). chronic Pain.

## VIII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

1. pursuant W.Va Code plaintiff requests the Court to award the noneconomic permitted damages per claim that satisfies the court's Jurisdictional amount;
2. award Attorney fees at 25% of any Judgment
3. award interest
4. award double noneconomic damages for loss of organ (lung capacity).

---

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at USP Hazelton, WV.                on  4/26/20              .
              (Location)                              (Date)

Your Signature

Certificate of Service

I depose under penalty of perjury 28 USC 1746 that a copy of the FTCA Complaint was deposited with prison officials to:

1). Clerk of Court
US District Court
POB 471
Wheeling, W. Va. 26003

This day 4/26/20